## Mary A. O'Brien, Appellee, v. National Council Knights and Ladies of Security, Appellant.

### Gen. No. 20,894.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by Mary A. O'Brien, plaintiff, against the National Council Knights and Ladies of Security, defendant, in the Superior Court of Cook county, to recover on a certificate of insurance issued by defendant, a fraternal beneficiary society, to William P. O'Brien, and payable on his death in good standing to plaintiff, his mother.

The defense, in part, was that deceased in his application for membership had falsely stated the cause of death of a sister to have been "pleurisy," while there was evidence that both the sister and deceased died as the result of consumption.

From a judgment for plaintiff for $918.40, defendant appeals.

A. W. FULTON, for appellant.

T. F. MONAHAN, for appellee.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

INSURANCE, § 897*—*when misrepresentation a question of fact.* In an action to recover on a certificate of insurance, where there

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Vol. CXCIV 40.

was evidence that insured had not complied with the terms of his contract, in that some of the representations in insured's application for insurance were false, and also in that insured, at the time of death, was not in good standing according to the by-laws of defendant's society, *held* that a peremptory instruction for plaintiff was erroneous, and that the case should have been submitted to the jury under proper instructions.

---

### George J. Cooke Company, Appellee, v. Richard Hochmuth, Appellant.

### Gen. No. 20,901.     (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed October 5, 1915.

### Statement of the Case.

Action by George J. Cooke Company, a corporation, plaintiff, against Richard Hochmuth, defendant, in the Municipal Court of Chicago, to recover on a written contract, whereby defendant agreed to purchase of plaintiff 2,000 barrels of beer, to be ordered and delivered in quantities of not less than 15 nor more than 40 barrels each week during a term of two years. From a judgment for plaintiff, defendant appeals.

Charles F. Vogel, for appellant.

Harry A. Daugherty, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.